| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------x<br>In re:<br><br>53 Glenmere Corp.,<br><br><br>                       Debtor.<br>---------------------------------------------------------x | HEARING DATE: **November 16, 2022**<br>HEARING TIME: **10:00 a.m.**<br><br>Chapter 11<br><br>Case No. 22-42561 (JMM)<br><br><br><br>**NOTICE OF MOTION** |

      **PLEASE TAKE NOTICE** that upon the annexed motion, William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), will move this Court before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, of the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, **on November 16, 2022 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel can be heard, for entry of an order striking the Debtor's subchapter V designation, dismissing the Debtor's chapter 11 case pursuant to §1112(b) of title 11, United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and to grant such other relief as the court may deem just and proper (the "Motion").

      **PLEASE TAKE FURTHER NOTICE**, that as set forth on the Court's official website (www.nyeb.uscourts.gov) (the "Website"), the Hearing will be conducted by ZOOM or telephonically pending further instruction of the Court.  Parties wishing to appear must register for eCourt Appearances prior to the hearing in order to receive additional instructions to attend the hearing.  For more information, please visit:

**https://www.nyeb.uscourts.gov/content/judge-jil-mazer-marino.**

      **PLEASE TAKE FURTHER NOTICE**, those unable to access eCourt Appearances must email Judge Jil Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number. Parties have the option to either dial in as an

audio only participant using the provided Zoom dial-in number or connect by video using the provided video link.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion shall be filed with the Court and served on the United States Trustee, 201 Varick Street, Suite 1006, New York, New York, 10014, Attention: Rachel Wolf, Trial Attorney, no later than seven days prior to the hearing date. Responsive papers shall state the factual grounds and legal authorities that support the respondent's position, either in the response or in a memorandum of law. Failure to provide this information may be grounds to strike the response or to grant the Motion by default.

Dated: New York, New York
        October 19, 2022

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE, REGION 2

                                By: */s/Rachel Wolf*
                                    Rachel Wolf
                                    Trial Attorney
                                    201 Varick Street, Suite 1006
                                    New York, New York 10014
                                    Tel. No. (212) 206-2580
                                    Rachel.Wolf@usdoj.gov